September 24, 1945, so far as appealed from, unanimously modified by limiting the examination as to the matters referred to in items 1, 2, 3, 5, 9, 10, 12, 15 and 19 of the order to show cause to the remaining defendants, their agents and representatives, and as so modified affirmed, with $10 costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore and Callahan, JJ.

SAM GREENWALD, Respondent, v. STERLING BAKERY, INC., Defendant, and HARVEY LANDAU, INC., et al., Appellants.— Order entered August 22, 1945, granting plaintiff's motion to correct certain defects in an order and judgment, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore and Callahan, JJ.

In the Matter of the Probate of the Will of EMMA H. ROSE, Deceased. HIRAM C. TODD et al.; HENRY A. ALKER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See ante, p. 933.]

PAUL P. GETTINGER et al., Individually and as Copartners Doing Business under the Name of Gettinger & Gettinger, v. JULES LEVEY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 926.]

In the Matter of the Arbitration between HENRY BEHRENS and GERTRUD FEUERRING et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 930.]

HILDA R. GILMAN et al. v. ÆTNA LIFE INSURANCE COMPANY et al.; A. H. SONN CO., INC.; HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, et al. and CYRUS RHEIMS, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 926.]

ALFRED TURNER et al., Suing on Behalf of Themselves and All Other Stockholders of American Metal Company, etc., v. AMERICAN METAL COMPANY, LIMITED, et al.; CLIMAX MOLYBDENUM COMPANY et al., and HANS BERNSTORFF et al.— Motion to resettle order of this court entered October 19, 1945, denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERNEST REICH v. GRISWOLD MANUFACTURING COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 931.]

REGAL GARMENT CORPORATION et al. v. INTERCOUNTY PROPERTIES CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs; motion for an extension of time to answer granted until ten days after service of the order, with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered October 5, 1945. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See ante, p. 925.]

JOSEPH CHERNIN et al. v. INTERCOUNTY PROPERTIES CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs; motion for an extension of time to answer granted until ten days after service of the order, with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered October 5, 1945. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Cohn, J., taking no part. [See ante, p. 925.]